UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL STEWART, *et al.*, | ) |
|     *Plaintiffs*, | ) Case No. 3:18-cv-381 |
| v. | ) Judge Travis R. McDonough |
| KNOX COUNTY, TENNESSEE, *et al.*, | ) Magistrate Judge H. Bruce Guyton |
|     *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file.

    **SO ORDERED.**

                                                          /s/ *Travis R. McDonough*
                                                          **TRAVIS R. MCDONOUGH**
                                                          **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT